**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JOHNNY GROSE**                                                   **PLAINTIFF**

**V.**                                                **CAUSE NO. 4:25-CV-00084-RPC-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTION, et al.**         **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, this case is **DISMISSED with prejudice**. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 12th day of February, 2026.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**